JEFFREY CHIARA, Appellant, v TOWN OF NEW CASTLE et al., Respondents.

Submitted October 26, 2009; decided December 15, 2009

Reported below, 61 AD3d 915.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

CHIEF JUDGE OF THE STATE OF NEW YORK et al., Appellants-Respondents, v GOVERNOR OF THE STATE OF NEW YORK, Defendant, and SPEAKER OF THE NEW YORK STATE ASSEMBLY et al., Respondents-Appellants.

Submitted December 7, 2009; decided December 15, 2009

Reported below, 65 AD3d 898.

Motion by Fund for Modern Courts for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Chief Judge LIPPMAN taking no part.